# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of WASHINGTON

Case Number: 13-CV-675RSM

Plaintiff:
**JENNIFER SCHWEICKERT**
vs.
Defendant:
**HUNTS POINT VENTURES, INC; HUNTS POINT VENTURES GROUP, LLC; CHAD AND ELIZABETH RUDKIN; JOHN AND AMBER DU WORS; DOES 1-4**

Service Documents:
SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS; (2 SETS)

Received by GARY'S PROCESS SERVICE, INC. on the 18th day of April, 2013 at 10:11 am to be served on AMBER ROSEANNE DU WORS, 8490 NE MEADOWMEER DR, BAINBRIDGE ISLAND, WA 98110. I, _Kirsten Niemann_, being duly sworn, depose and say that on the _16th_ day of _May_, 20_13_ at _8_ :_30_ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS; (2 SETS)** in accordance with state statutes in the manner marked below:

[X] PERSONAL SERVICE: I served _John Du Wors_ personally.
[X] SUBSTITUTE SERVICE: I served _Amber R. Du Wors_ by serving _John Du Wors_ at the residence and usual place of abode, a person of suitable age and discretion and a resident therin. Sub-service mailing was completed on _____ if required by statute.
( ) POSTED SERVICE: I posted to a conspicuous place on the property described herein on _____, second posting if required on _____, third posting if required on _____. Mailing was completed on _____ if required by statute.
( ) CORPORATION SERVICE: I served _____ by serving _____, authorized to accept.
( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

## AFFIDAVIT OF SERVICE for 13-CV-675RSM

I declare under penalty of perjury under the laws of the State of Washington:  That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

Subscribed and Sworn to before me on the 21 day of _MAY_ 2013 by the affiant who is personally known to me.

_Debra A Young_
NOTARY PUBLIC

PROCESS SERVER # 2009021065 1
Appointed in accordance with State Statutes

GARY'S PROCESS SERVICE, INC.
14973 Interurban Avenue South
Suite 201
Tukwila, WA 98168
(206) 431-5699
Our Job Serial Number: 2013012541

DEBRA S. YOUNG
COMMISSION EXPIRES
NOTARY
PUBLIC
05 - 15 - 14
STATE OF WASHINGTON

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k