Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>            Plaintiff,<br><br>   vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>            Defendants. | NO. 13-CV-675RSM<br><br>NOTICE OF APPEARANCE OF DEFENDANTS DU WORS |

TO:        CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL

      PLEASE TAKE NOTICE: the appearance of defendants John Du Wors and Amber Du Wors, without waiving objections as to improper service, jurisdiction and venue, is hereby entered by the undersigned. Service of all further pleadings, notices, documents or other papers, exclusive of original process, may be had by serving counsel at the address below stated.

NOTICE OF APPEARANCE - 1
5551437.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  DATED this 25 day of June, 2013.

2                            LEE SMART, P.S., INC.

3

4                            By: _____

5                              Sam B. Franklin, WSBA No. 1903
                            Of Attorneys for Defendants Du Wors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
5551437.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA 98005

Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 26th day of June, 2013, at Seattle, Washington.

Michelle A. Davidson, Legal Assistant

NOTICE OF APPEARANCE - 3
5551437.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944