Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JENNIFER P. SCHWEICKERT,

    Plaintiff,

vs.

HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,

    Defendants.

NO. 13-CV-675RSM

NOTICE OF APPEARANCE

TO:    CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL

    PLEASE TAKE NOTICE of the appearance by the undersigned attorney on behalf of defendants John and Amber DuWors, without waiving objections as to improper service, jurisdiction and venue, and any other affirmative defense. Service of all further pleadings, notices, documents or other papers, exclusive of original process, may be had by serving counsel at the address below stated.

NOTICE OF APPEARANCE - 1
5555641.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1      DATED this 12th day of July, 2013.

2                                        LEE SMART, P.S., INC.

3                                    By: /s/ A. Janay Ferguson

4                                      A. Janay Ferguson, WSBA No. 31246
                                         Of Attorneys for Defendants Du Wors

5

6                                      701 Pike Street, Suite 1800
                                     Seattle, WA  98101

7                                      206-624-7990
                                     ajf@leesmart.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
5555641.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

**CERTIFICATE OF SERVICE**

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA  98005

Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA  98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 12th day of July, 2013, at Seattle, Washington.

/s/ Michelle A. Davidson
Michelle A. Davidson, Legal Assistant

NOTICE OF APPEARANCE - 3
5555641.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944