# EXHIBIT "E"



This is your Washington Corporation or LLC License.
This is not a Washington Business License.

HUNTS POINT VENTURE GROUP LLC
C/O NEWMAN LTD CORPORATE SERVICES
1201 3RD AVE #1600
SEATTLE WA 98101

Detach before posting

004036

---

State of Washington
Business Licensing Service

Office of the Secretary of State
Corporations Division

# LEGAL ENTITY REGISTRATION

Unified Business ID #: 603 090 571
Business ID #: 1

Expires: 03-31-2013

HUNTS POINT VENTURE GROUP LLC
1201 3RD AVE #1600
SEATTLE WA 98101

Domestic Limited Liability Company
Renewed by Authority of Secretary of State

By accepting this document the licensee certifies that information provided on the renewal was complete, true, and accurate to the best of his or her knowledge, and that the company will stay in compliance with all applicable Washington State regulations.

Director, Department of Revenue



NEWMAN | DUWORS
ATTORNEYS

**SENT VIA US MAIL & EMAIL**

March 27, 2013

Chad Rudkin
Hunts Point Venture Group, LLC
11415 – 178th Ave Ct. E
Bonney Lake, WA 98391
Email: chad.rudkin@gmail.com

Steve Schweickert
Hunts Point Venture Group, LLC
6619 132nd Ave NE PMB 180
Kirkland WA 98033
Email: steve.schweickert@me.com

    Re:   *Hunts Point Venture Group, LLC*

Dear Chad and Steve:

The Washington registration for Hunts Point Venture Group LLC will expire on March 31, 2013; a late fee of $25.00 will be assessed if not renewed by March 31.

If not renewed by June 29, 2013, the LLC will be administratively dissolved by the state.

May we have your authorization to renew the registration for this company? If you would like us to renew, please fill out the attached form and send it back to us immediately.

Very Truly Yours,

NEWMAN DU WORS LLP

Arlyne Sorrells
Paralegal

1201 3rd Ave. Ste. 1600  P (206) 274-2800
Seattle, WA 98101  F (206) 274-2801
www.newmanlaw.com



## Washington Secretary of State
SAM REED

# INITIAL ANNUAL REPORT
## FEE: $10.00

RETURN COMPLETED FORM AND PAYMENT TO:
(Checks made payable to "Secretary of State")

Corporations Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234

Entity Name: HUNTS POINT VENTURE GROUP LLC
Payment Due By: 6/29/2011
Unified Business Identifier: 603-090-571
State of Incorporation: WA
Inc./Qual. Date: 3/1/2011

TO AVOID DISSOLUTION/REVOCATION, AN INITIAL ANNUAL REPORT MUST BE FILED AND PROCESSED PRIOR TO: 6/29/2011

| Current Registered Agent/Office | Registered Agent/Office Changes (Changes must be approved by the Board of Directors) |
|---|---|
| NEWMAN LTD CORPORATE SERVICES<br>1201 3RD AVE #1600<br><br>SEATTLE, WA 98101 | New Registered Agent Name _____<br>Consent to Appointment _____<br>Signature of New Registered Agent<br>Required Street Address _____<br>City _____ State WA Zip Code _____<br>Optional Mailing Address _____<br>City _____ State WA Zip Code _____ |

INITIAL ANNUAL REPORT SECTION MUST BE FILLED IN COMPLETELY — TYPE OR PRINT IN BLACK INK

Principal place of business in WA: 3644 Hunts Point Road, Bellevue, WA 98004

Telephone: (206) 660-0829    Email: steves1@mac.com    Nature of Business: Business & Technology Development

Foreign Entities - Principal office address in state/country of Origin

CORPORATION: Print or type names and addresses of corporate officers and directors including President, Vice President, Secretary, and Treasurer. If applicable the Chair of the Board of Directors and Directors. LLC: Print or type names and addresses of Members or Managers. (attach additional list if necessary)

| Name | Title | Address | City | State | Zip |
|---|---|---|---|---|---|
| Hunts Point Ventures, Inc. | Manager | 3644 Hunts Point Road | Bellevue | WA | 98004 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SIGNATURE: [signature]    STEVE SCHWEICHERT, CEO Hunts Point Ventures, Inc.    May 23, 2011

CORPORATIONS INFORMATION AND ASSISTANCE -- 360/725-0377 (TDD 360/753-1485)

Rev. 01-004 11/03