The Honorable Ricardo. S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER P. SCHWEICKERT,

                    Plaintiff,

v.

HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,

                    Defendants.

No. 13-CV-675

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER came on regularly pursuant to Plaintiff's Motion To Compel Discovery (Doc. No. 30). The Court reviewed the records and files herein, including:

1. Plaintiff's Motion To Compel Discovery;
2. Response of defendants Chad and Elizabeth Rudkin;
3. Responses of other defendants (if any);
4. Plaintiff's Reply (if any);
5. _____; and
6. _____.

Having considered the pleadings and admissible submissions in this case, it is HEREBY

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY - 1
Case No. 13-CV-675

51354390.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

1  ORDERED, ADJUDGED and DECREED that:

2    Plaintiff's Motion To Compel Discovery is DENIED. And it is ORDERED that Plaintiff
3  shall reimburse Defendants Chad and Elizabeth Rudkin a total of $2,250 as costs, fees, and
4  expenses reasonably incurred in their Response to Plaintiff's Motion To Compel Discovery.

5
6
7                                       _____
                                        The Honorable Ricardo S. Martinez
                                        United States District Court Judge
8
9
10  Presented by:
11  FOSTER PEPPER PLLC
12
13  *s/s Joel B. Ard*
    Joel B. Ard, WSBA # 40104
14  *s/s Rylan L.S. Weythman*
    Rylan L. S. Weythman, WSBA # 45352
15
16  1111 Third Avenue, Suite 3400
    Seattle, WA 98101
17  Tel: 206-447-6252
    Fax: 206-749-2063
18  Email: ArdJB@Foster.com,
    WeytR@Foster.com
19
20
21
22
23
24
25
26

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY - 2
Case No. 13-CV-675
51354390.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700