The Honorable Ricardo. S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER P. SCHWEICKERT,

                Plaintiff,

v.

HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,

                Defendants.

No. 13-CV-675

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

THIS MATTER came on regularly pursuant to Plaintiff's Motion For Leave To Amend Complaint. The Court reviewed the records and files herein, including:

1. Plaintiff's Motion For Leave To Amend Complaint;

2. Response of defendants Chad and Elizabeth Rudkin;

3. Responses of other defendants (if any);

4. Plaintiff's Reply (if any);

5. _____; and

6. _____.

Having considered the pleadings and admissible submissions in this case, it is HEREBY

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT - 1
Case No. 13-CV-675

51354384.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

1  ORDERED, ADJUDGED and DECREED that:

2      Plaintiff's Motion For Leave To Amend Complaint is DENIED.

3

4

5                                                The Honorable Ricardo S. Martinez
                                              United States District Court Judge

6

7

8  Presented by:

9  FOSTER PEPPER PLLC

10

11  *s/s Joel B. Ard*
Joel B. Ard, WSBA # 40104
12  *s/s Rylan L.S. Weythman*
Rylan L. S. Weythman, WSBA # 45352
13

14  1111 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: 206-447-6252
15  Fax: 206-749-2063
Email: ArdJB@Foster.com,
16  WeytR@Foster.com

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT - 2
Case No. 13-CV-675

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51354384.1