UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>      Plaintiff,<br><br>      v.<br><br>HUNTS POINT VENTURES, INC; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4;<br><br>      Defendants. | Case Number: 13-CV-675<br><br>NOTICE OF LIMITED APPEARANCE |

TO:        CLERK OF THE COURT

AND TO:    ALL PARTIES AND COUNSEL

PLEASE TAKE NOTICE that Mark D. Kimball of MDK Law hereby enters a limited appearance on behalf of Plaintiff in the above captioned action. This appearance is for the limited purpose of representing Plaintiff at the deposition of John Du Wors, and that purpose only.

You are requested to serve all further papers and proceedings regarding this issue, except original process, upon said attorney at the address below stated.

REPLY IN SUPPORT OF DEFENDANTS'
MOTIONS IN LIMINE  - 1 -

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

1  DATED this 26th day of June, 2014.

MDK LAW

    */s/ Mark D. Kimball*
MARK D. KIMBALL, WSBA No. 13146
Attorneys for Plaintiff

REPLY IN SUPPORT OF DEFENDANTS'
MOTIONS IN LIMINE   - 2 -

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610