Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>　　　　Defendants. | No. 13-CV-675RSM<br><br>DEFENDANT DU WORS'S JOINDER IN DEFENDANTS CHAD RUDKIN AND ELIZABETH RUDKIN'S OPPOSITION TO MARK D. KIMBALL'S NOTICE OF LIMITED APPEARANCE |

Defendants John Du Wors and Amber Du Wors ("Du Wors"), by and through their attorneys of record, hereby join in Defendants Chad Rudkin and Elizabeth Rudkin's Opposition to Mark D. Kimball's Notice of Limited Appearance, and respectfully requests that Mark D. Kimball's Notice of Limited Appearance be stricken because: (1) Mr. Kimball's Notice of Limited Appearance is not supported by this Court's Local Rule 83.2, and (2) Mr. Kimball's limited appearance is not supported in practice. Plaintiff has cited no authority that supports her counsel's efforts to appear well into the course of this business litigation matter for the sole purpose of representing Plaintiff at deposition.

DEFENDANT DU WORS'S JOINDER IN
DEFENDANTS CHAD RUDKIN AND ELIZABETH
RUDKIN'S OPPOSITION TO MARK D. KIMBALL'S
NOTICE OF LIMITED APPEARANCE - 1
5679893.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2    DATED this 3rd day of July, 2014.

3                                          LEE SMART, P.S., INC.

4

5    By: /s/ *Sam B. Franklin*
         Sam B. Franklin, WSBA 1903
6        Pamela J. DeVet, WSBA 32882
         Attorneys for Defendants Du Wors
7        Lee Smart, P.S., Inc.
         701 Pike Street, Suite 1800
8        Seattle, WA 98101
         (206) 624-7990
9        sbf@leesmart.com
         pjd@leesmart.com

DEFENDANT DU WORS'S JOINDER IN
DEFENDANTS CHAD RUDKIN AND ELIZABETH
RUDKIN'S OPPOSITION TO MARK D. KIMBALL'S
NOTICE OF LIMITED APPEARANCE - 2
5679893.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed and served the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA 98005

Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 3rd day of July, 2014, at Seattle, Washington.

LEE SMART, P.S., INC.

By: /s/ Sam B. Franklin
Sam B. Franklin, WSBA 1903
Pamela J. DeVet, WSBA 32882
Attorneys for Defendants Du Wors
Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
(206) 624-7990
sbf@leesmart.com
pjd@leesmart.com

DEFENDANT DU WORS'S JOINDER IN
DEFENDANTS CHAD RUDKIN AND ELIZABETH
RUDKIN'S OPPOSITION TO MARK D. KIMBALL'S
NOTICE OF LIMITED APPEARANCE - 3
5679893.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944