Honorable Ricardo S. Martinez

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

| JENNIFER P. SCHWEICKERT, | Case Number: 13-CV-675 |

9      Plaintiff,

10         v.                              NOTICE OF APPEARANCE AND
                                           ASSOCIATION OF COUNSEL
11   HUNTS POINT VENTURES, INC; HUNTS
     POINT VENTURE GROUP, LLC; CHAD
12   RUDKIN and ELIZABETH RUDKIN, and
     their marital community comprised thereof;
13   JOHN DU WORS and AMBER DU WORS,
     and their marital community comprised
14   thereof; and DOES 1-4;

15
                Defendants.
16

17       TO:         CLERK OF THE COURT

18       AND TO:     ALL PARTIES AND COUNSEL

19       PLEASE TAKE NOTICE that Mark D. Kimball of MDK Law hereby enters appearance and

20   associates with Reed Yurchack of the Law Office of Reed Yurchak as co-counsel for and on behalf of

21   Plaintiff Jennifer P. Schweickert in the above-entitled action.

22       You are requested to serve all further papers and proceedings regarding this issue, except

23   original process, upon said attorney at the address below stated along with others above-named.

24

25

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL  - 1 -

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

1    DATED this 7th day of July, 2014.

2

3                                        MDK LAW

4

                                          */s/ Mark D. Kimball*
5                                        MARK D. KIMBALL, WSBA No. 13146
                                         Co-Attorneys for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL  - 2 -