The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>                      Plaintiff,<br><br>    v.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>                      Defendants. | No. 13-cv-675-RSM<br><br>**NOTICE OF WITHDRAWAL OF OPPOSITION TO MARK D. KIMBALL'S NOTICE OF LIMITED APPEARANCE** |

PLEASE TAKE NOTICE that Defendants Chad Rudkin and Elizabeth Rudkin, by and through their undersigned counsel, withdraw their Opposition to Mark D. Kimball's Notice of Limited Appearance ("Opposition") filed on July 3, 2014, Dkt. No. 49, and set for hearing on July 18, 2014. Mark D. Kimball filed an unqualified, general Notice of Appearance and Association of Counsel on July 7, 2014, Dkt. No. 51, thereby mooting Defendants' Opposition.

NOTICE OF WITHDRAWAL OF OPPOSITION TO MARK D. KIMBALL'S NOTICE OF LIMITED APPEARANCE- 1
Case No. 13-CV-675
51381860.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

1  DATED this 7th day of July, 2014.

2                                                    FOSTER PEPPER PLLC

4   *s/s Joel B. Ard*
    Joel B. Ard, WSBA # 40104
    *s/s Rylan L.S. Weythman*
5   Rylan L. S. Weythman, WSBA # 45352

6   1111 Third Avenue, Suite 3400
    Seattle, WA 98101
7   Tel: 206-447-6252
    Fax: 206-749-2063
8   Email: ArdJB@Foster.com ,
    weytr@foster.com

10  Counsel for Defendants Chad Rudkin and
    Elizabeth Rudkin

---

NOTICE OF WITHDRAWAL OF OPPOSITION TO
MARK D. KIMBALL'S NOTICE OF LIMITED
APPEARANCE- 2
Case No. 13-CV-675

51381860.1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

# CERTIFICATE OF SERVICE

I, Joel B. Ard, state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of twenty one years, I am not a party to this action, and I am competent to be a witness herein. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, who will electronically send notification of such filing to all parties who have appeared in this action as of today's date.

There are no other parties who have appeared in this action as of today's date that need to be served manually.

I DECLARE under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7th day of July, 2014.

/s/ Joel B. Ard
Joel B. Ard

CERTIFICATE OF SERVICE
Case No. 13-CV-675

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51381860.1