# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JENNIFER P. SCHWEICKERT**<br>Plaintiff/Petitioner | Cause No.:  **13-CV-675**<br>Hearing Date:  **09/18/2014** |
| vs.<br>**HUNTS POINT VENTURES, INC.; ET AL.,**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>**SUBPOENA IN A CIVIL CASE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of September, 2014** at **11:46 AM** at the address of **Google, 1875 Landings Dr, Mountain View, Santa Clara County, CA 94043-0848**; this declarant served the above described documents upon **GOOGLE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Eric Lee, LEGAL ASSISTANT, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a black-haired Asian male approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses..**

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 165.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 3rd day of September, 2014

**Danny Lowry, Reg. # 1150, Alameda**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Lee, Smart P.S, Inc
Ref #: 06498-013193 B

Tracking #: **0004518036**



IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JENNIFER P. SCHWEICKERT**<br>Plaintiff/Petitioner<br>vs.<br>**HUNTS POINT VENTURES, INC.; ET AL.**<br>Defendant/Respondent | Cause No.:   **13-CV-675**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUBPOENA IN A CIVIL CASE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of September, 2014** at **10:11 AM** at the address of **Apple, 250 S Mathilda Ave, Sunnyvale, Santa Clara County, CA 94086-6135**; this declarant served the above described documents upon **APPLE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ros Q , LEGAL SPECIALIST, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, a black-haired black female approx. 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 165.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 3rd day of September, 2014

---

**Danny Lowry, Reg. # 1150, Alameda**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Lee, Smart P.S, Inc**
Ref #: 06498-013193 C

Tracking #: **0004515129**



# EXHIBIT 2

| | |
|---|---|
| **From:** | Pamela J. DeVet |
| **Sent:** | Thursday, September 04, 2014 8:57 AM |
| **To:** | Reed Yurchak; Mark Kimball; bwayman@mdklaw.com |
| **Cc:** | Sam B. Franklin; Jennifer Jimenez; Melody A. Retallack |
| **Subject:** | RE: Phillips and Schweickert document production |

Hi, Reed, Mark, and Brandon:

Also, we received your correspondence regarding the subpoenas to Google and Apple. We would like to work cooperatively with you to address your concerns, but those expressed in the letter are vague enough that we would like to follow up with a conference.

Tomorrow Sam will be in the same room as some or all of you, and you can address those issues at that time. If you would prefer to speak on the phone today instead, please let us know.

Pam

---

**From:** Pamela J. DeVet
**Sent:** Tuesday, September 02, 2014 1:43 PM
**To:** 'Reed Yurchak'; Mark Kimball
**Cc:** Sam B. Franklin; Jennifer Jimenez; Melody A. Retallack
**Subject:** Phillips and Schweickert document production

Hi, Reed and Mark:

Pam

**Pamela J. DeVet**  |  Attorney at Law  |  <u>VCard</u>  |  <u>Email</u>  |  <u>Bio</u>

**Lee Smart**, P.S., Inc.  |  1800 One Convention Place  |  701 Pike St.  |  Seattle, WA  98101  |  <u>www.leesmart.com</u>
Telephone 206.624.7990  |  Toll-free 1.877.624.7990  |  Fax 206.624.5944  |  Direct Line 206.262.8305

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.