Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>Defendants. | No. 13-CV-675RSM<br><br>PROPOSED ORDER DENYING JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND FOR SANCTIONS<br><br>NOTE ON MOTION CALENDAR:<br>September 26, 2014 |

THIS MATTER, having come before the Court on Joyce Schweickert's and T. Jeffrey Keane's Motion to Quash Subpoenas and for Sanctions. The Court having reviewed the records and files herein, and specifically:

1. Plaintiff's Motion to Quash and/or Modify Subpoenas;

2. Declaration of Reed Yurchak in Support of Plaintiff's Motion to Quash and/or Modify Subpoenas, with attached exhibits;

3. Defendant John Du Wors' Opposition to Plaintiff's Motion to Quash and/or Modify Subpoenas;

PROPOSED ORDER DENYING JOYCE
SCHWEICKERT'S AND T. JEFFREY KEANE'S
MOTION TO QUASH SUBPOENAS AND FOR
SANCTIONS - 1
13-CV-675RSM
5701802.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

4. Declaration of Sam B. Franklin in Support of Defendant John Du Wors' Opposition to Plaintiff's Motion to Quash and/or Modify Subpoenas, with attached exhibits

5. Joyce Schweickert's and T. Jeffrey Keane's Joinder in Jennifer Schweickert's Motion to Quash Subpoenas;

6. Joyce Schweickert's and T. Jeffery Keane's Motion to Quash Subpoenas and For Sanctions;

7. Defendant John Du Wors' Opposition to Joyce Schweickert's and T. Jeffrey Keane's Motion to Quash Subpoenas and for Sanctions;

8. Declaration of Sam B. Franklin in Support of Defendant John Du Wors' Opposition to Joyce Schweickert's and T. Jeffrey Keane's Motion to Quash Subpoenas and for Sanctions;

9. The pleadings and files herein;

10. _____;

11. _____.

and the Court being fully advised in the premises, now, therefore, it is HEREBY ORDERED that:

1. Joyce Schweickert's and T. Jeffrey Keane's Motion to Quash Subpoenas and for Sanctions is hereby DENIED.

2. _____.

ENTERED this \_\_\_ day of September 2014.

Hon. Ricardo S. Martinez

PROPOSED ORDER DENYING JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND FOR SANCTIONS - 2
13-CV-675RSM
5701802.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2  Presented by:

3  LEE SMART, P.S., INC.

4

5  By:/s/ Sam B. Franklin
      Sam B. Franklin, WSBA 1903
      Pamela J. DeVet, WSBA 32882
6     Lee Smart, P.S., Inc.
      701 Pike Street, Suite 1800
7     Seattle, WA 98101
      Telephone 206-624-7990
8     Fax 206-624-5944
      sbf@leesmart.com
9     pjd@leesmart.com
      Attorneys for Defendants Du Wors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROPOSED ORDER DENYING JOYCE
SCHWEICKERT'S AND T. JEFFREY KEANE'S
MOTION TO QUASH SUBPOENAS AND FOR
SANCTIONS - 3
13-CV-675RSM
5701802.doc

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA 98005
yurchaklaw@gmail.com

Mr. Mark D. Kimball
Law Office of Mark Douglas Kimball, P.S.
10900 Northeast Fourth Street, Suite 2030
Bellevue, WA 98004
mark@mdklaw.com

Mr. Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
ardjb@foster.com

Mr. T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Ste. 200
Seattle, WA 98105
tjk@tjkeanelaw.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 22 day of September, 2014, at Seattle, Washington.

*Marie V. Sharpe*
Marie Vestal Sharpe, Legal Assistant

PROPOSED ORDER DENYING JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND FOR SANCTIONS - 4
13-CV-675RSM
5701802.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944