Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>    Defendants. | No. 13-CV-675RSM<br><br>DECLARATION OF SAM B. FRANKLIN IN SUPPORT OF DEFENDANT JOHN DU WORS' OPPOSITION TO JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND FOR SANCTIONS<br><br>NOTE ON MOTION CALENDAR:<br>September 26, 2014 |

I, Sam B. Franklin, being an adult over the age of 18 and of sound mind do hereby declare under the laws of perjury in the State of Washington, the following facts to be true and correct:

1.  I am one of the attorneys representing Defendants John Du Wors and Amber Du Wors.

2.  I did not assume the attorney client privilege had been waived between Mr. Yurchak and Jennifer Schweickert or Mr. Yurchak and Mark Phillips or Mr. Keane and Joyce Schweickert in sending the Apple and Google Subpoenas in this matter. I am seeking

DECLARATION OF SAM B. FRANKLIN IN SUPPORT OF DEFENDANT JOHN DU WORS' OPPOSITION TO JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND SANCTIONS - 1
13-CV-675RSM
5701789.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

communications particularly between these various parties; Jennifer Schweickert and Joyce Schweickert; Joyce Schweickert and Mark Phillips.

3. Attached to this Declaration as **Exhibit 1** is a true and correct copy of the Declaration of Service of both the the Google and Apple Subpeonas.

DATED this 22nd day of September, 2014.

By: s/Sam B. Franklin
Sam B. Franklin, WSBA No. 1903
Lee Smart, P.S., Inc.
701 Pike St, Ste. 1800
Seattle, WA 98101
Telephone 206-624-7990
Fax 206-624-5944
sbf@leesmart.com
Attorneys for Defendants Du Wors

DECLARATION OF SAM B. FRANKLIN IN SUPPORT OF DEFENDANT JOHN DU WORS' OPPOSITION TO JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND SANCTIONS - 2
13-CV-675RSM
5701789.doc

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA 98005
yurchaklaw@gmail.com

Mr. Mark D. Kimball
Law Office of Mark Douglas Kimball, P.S.
10900 Northeast Fourth Street, Suite 2030
Bellevue, WA 98004
mark@mdklaw.com

Mr. Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
ardjb@foster.com

Mr. T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Ste. 200
Seattle, WA 98105
tjk@tjkeanelaw.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 22 day of September, 2014, at Seattle, Washington.

*Marie V. Sharpe*
Marie Vestal Sharpe, Legal Assistant

DECLARATION OF SAM B. FRANKLIN IN SUPPORT OF DEFENDANT JOHN DU WORS' OPPOSITION TO JOYCE SCHWEICKERT'S AND T. JEFFREY KEANE'S MOTION TO QUASH SUBPOENAS AND SANCTIONS - 3
13-CV-675RSM
5701789.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944