# EXHIBIT 1

Franklin Dec - 004

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JENNIFER P. SCHWEICKERT**<br>Plaintiff/Petitioner<br>VS.<br>**HUNTS POINT VENTURES, INC.; ET AL.,**<br>Defendant/Respondent | Cause No.: **13-CV-675**<br>Hearing Date: **09/18/2014**<br><br>DECLARATION OF SERVICE OF<br>SUBPOENA IN A CIVIL CASE |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of September, 2014** at **11:46 AM** at the address of **Google, 1875 Landings Dr, Mountain View, Santa Clara County, CA 94043-0848**; this declarant served the above described documents upon **GOOGLE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Eric Lee, LEGAL ASSISTANT, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, a black-haired Asian male approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses..

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $ **165.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 3rd day of September, 2014

---

**Danny Lowry, Reg. # 1150, Alameda**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Lee, Smart P.S, Inc
Ref #: 06498-013193 B

Tracking #: 0004518036



Franklin Dec - 005

IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JENNIFER P. SCHWEICKERT**<br>Plaintiff/Petitioner<br>VS.<br>**HUNTS POINT VENTURES, INC.; ET AL.**<br>Defendant/Respondent | Cause No.: **13-CV-675**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUBPOENA IN A CIVIL CASE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **3rd day of September, 2014** at **10:11 AM** at the address of **Apple, 250 S Mathilda Ave, Sunnyvale, Santa Clara County, CA 94086-6135**; this declarant served the above described documents upon **APPLE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ros Q , LEGAL SPECIALIST, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, a black-haired black female approx. 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs..

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 165.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 3rd day of September, 2014

---

**Danny Lowry, Reg. # 1150, Alameda**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Lee, Smart P.S, Inc
Ref #: 06498-013193 C


Tracking #: 0004515129

Franklin Dec - 006