1

2

3

4                                                          Hon. Ricardo S. Martinez

5

6

7                        UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
JENNIFER P. SCHWEICKERT,
9
                 Plaintiff,                    No. 13-CV-675RSM
10
             vs.                               NOTICE OF ERRATA REGARDING
11                                             DEFENDANT JOHN DU WORS'
   HUNTS POINT VENTURES, INC.; HUNTS           MOTION FOR SUMMARY JUDGMENT
12 POINT VENTURE GROUP, LLC; CHAD
   and ELIZABETH RUDKIN, and their marital
13 community comprised thereof; JOHN DU        **NOTED FOR HEARING:**
   WORS and AMBER DU WORS, and their           **NOVEMBER 7, 2014**
14 marital community comprised thereof; and
   DOES 1-4,
15
                 Defendants.
16

17          Defendant John Du Wors' Motion for Summary Judgment contained a typographical

18 error on page 23, line 4-7 of his brief. The first sentence in the third to last paragraph on this

19 page should read:

20          Even if Schweickert had provided sufficient evidence to support the unlawful
            purpose element (which she has not), she has **not** provided sufficient evidence to
21          support an agreement between Rudkin and Du Wors, and Du Wors and Steve
            Schweickert.
22
   *See* Dkt. No. 80, pg. 23, Lines 4-7.
23
            Defendant Du Wors substitutes the attached page 23 for Defendant John Du Wors'
24
   Motion for Summary Judgment.
25

NOTICE OF ERRATA REGARDING DEFENDANT
JOHN DU WORS' MOTION FOR SUMMARY                    **LEE·SMART**
JUDGMENT - 1                                 P.S., Inc. · Pacific Northwest Law Offices
13-CV-675RSM                         1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
5708418.doc                          Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Respectfully submitted this 15th day of October, 2014.

LEE SMART, P.S., INC.


By: /s/ Sam B. Franklin
Sam B. Franklin, WSBA No. 1903
Pamela J. DeVet, WSBA No. 32882
Lee Smart, P.S., Inc.
701 Pike St, Ste. 1800
Seattle, WA 98101
Telephone 206-624-7990
Fax 206-624-5944
sbf@leesmart.com
pjd@leesmart.com
Attorneys for Defendants Du Wors

NOTICE OF ERRATA REGARDING DEFENDANT
JOHN DU WORS' MOTION FOR SUMMARY
JUDGMENT - 2
13-CV-675RSM
5708418.doc

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the date provided at the signature below, I electronically filed

3

the preceding document with the Clerk of the Court using the CM/ECF system, which will

4

send notification of such filing to the following individuals:

5

6
Mr. Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100

7
Bellevue, WA 98005
yurchaklaw@gmail.com

8

9
Mr. Mark D. Kimball
Law Office of Mark Douglas Kimball, P.S.

10
10900 Northeast Fourth Street, Suite 2030
Bellevue, WA 98004

11
mark@mdklaw.com

12
Mr. Joel B. Ard
Foster Pepper, LLC

13
1111 Third Avenue, Suite 3400
Seattle, WA 98101

14
ardjb@foster.com

15

16
Mr. T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Ste. 200

17
Seattle, WA 98105

18
tjk@tjkeanelaw.com

19

20

I certify under penalty of perjury under the laws of the State of Washington that the

21

foregoing is true and correct to the best of my knowledge.

22

EXECUTED this 15th day of October, 2014, at Seattle, Washington.

23

24

_____

25
Kimberly J. Paul, Legal Assistant

NOTICE OF ERRATA REGARDING DEFENDANT
JOHN DU WORS' MOTION FOR SUMMARY
JUDGMENT - 3
13-CV-675RSM
5708418.doc

**L E E · S M A R T**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  mistaken.    Notably, Schweickert has not even brought a claim of action against Steve

2  Schweickert, due to the fact that her mother would have to indemnify him. *Franklin Dec*. Ex. 2

3  at 88:23-89:17.

4       Even if Schweickert had provided sufficient evidence to support the unlawful purpose

5  element (which she has not), she has **not** provided sufficient evidence to support an agreement

6  between Rudkin and Du Wors, and Du Wors and Steve Schweickert.    Mere suspicion or

7  commonality of interests provides no more support for the agreement element as they do for

8  unlawful purpose. *All Star Gas*, 100 Wn. App. at 740.

9       Here, Schweickert provides only speculation as to agreements between Du Wors and

10  Rudkins, and Du Wors and Steve Schweickert.    Even when viewed the light most favorable to

11  Schweickert, this allegation remains rank speculation.

## IV.  CONCLUSION

     For all the foregoing reasons, Du Wors respectfully request this Court to dismiss

Jennifer Schweickert's claims against him with prejudice.

     Respectfully submitted this 14th day of October, 2014.

                         LEE SMART, P.S., INC.


                         By: /s/ Sam B. Franklin
                         Sam B. Franklin, WSBA No. 1903
                         Pamela J. DeVet, WSBA No. 32882
                         Lee Smart, P.S., Inc.
                         701 Pike St, Ste. 1800
                         Seattle, WA 98101
                         Telephone 206-624-7990
                         Fax 206-624-5944
                         sbf@leesmart.com
                         pjd@leesmart.com
                         Attorneys for Defendants Du Wors

DEFENDANT JOHN DU WORS' MOTION FOR
SUMMARY JUDGMENT - 23
13-CV-675RSM
5708222.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944