UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS; and DOES 1-4,<br><br>    Defendants. | No. 13-CV-675-RSM<br><br>NOTICE OF APPEARANCE |

TO:          The Clerk Of The Court

AND TO:   Reed Anthony Yurchak, Brandon P. Wayman, and Mark D Kimball, attorneys for Jennifer P. Schweickert

AND TO:   All Parties Requesting Special Notice

The undersigned, on behalf of Cascade Capital Group, LLC, the duly appointed general receiver ("Receiver") for Hunts Point Ventures, Inc. (King County Superior Court, Case No. 13-2-40014-6 SEA), without waiving objections concerning improper service, jurisdiction, or venue, hereby enters its appearance and requests that all papers or pleadings herein, except original process, be served on the undersigned at the following address:

NOTICE OF APPEARANCE- 1
#953113 v1 / 45608-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Cascade Capital Group, LLC
c/o Diana K. Carey
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104

DATED this 21st day of October, 2014.

KARR TUTTLE CAMPBELL

_/s/ Diana K Carey_____
Diana K. Carey, WSBA #16239
Stephanie R. Lakinski, WSBA #46391
Attorneys for Cascade Capital Group, LLC

-----------------------------------------------------------------------------------

## DECLARATION OF SERVICE

I, Marti J. Munhall declare as follows:

I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. On this day, I caused to be filed with this Court a true and correct copy of the foregoing Notice of Appearance by using the Court's electronic filing system, which filing caused electronic service to the parties in this matter registered to receive CM/ECF notice/documentation.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 21st day of October, 2014, at Seattle, Washington.

_/s/ Marti J. Munhall_____
Marti J. Munhall

NOTICE OF APPEARANCE- 2
#953113 v1 / 45608-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100