Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>          Plaintiff,<br><br>     vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>          Defendants. | No. 13-CV-675RSM<br><br>PROPOSED ORDER GRANTING DEFENDANTS DU WORS' MOTION TO PERMIT FILING OF AMENDED FOR SUMMARY JUDGMENT AND ALLOW OVER-LENGTH BRIEF<br><br>NOTE ON MOTION CALENDAR:<br>October 31, 2014 |

THIS MATTER, having come before the Court on Defendants Du Wors' Motion to Permit Filing of Amended Motion for Summary Judgment and Allow Over-Length Brief. The Court having reviewed the records and files herein, and specifically:

1. Defendants Du Wors' Motion to Permit Filing of Amended Motion for Summary Judgment and Allow Over-Length Brief;

2. Plaintiff's Response to Defendants Du Wors' Motion to Permit Filing of Amended Motion for Summary Judgment and Allow Over-Length Brief, if any;

ORDER GRANTING DEFENDANTS' MOTION TO PERMIT FILING OF AMENDED MOTION FOR SUMMARY JUDGMENT AND ALLOW OVER-LENGTH BRIEF - 1
13-CV-675RSM
5710616.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

3. Defendants Du Wors' Reply in Support of Motion to Permit Filing of Amended Motion for Summary Judgment and Allow Over-Length Brief;

4. The pleadings and files herein;

5. _____;

6. _____.

and the Court being fully advised in the premises, now, therefore, it is HEREBY ORDERED that:

1. Defendants Du Wors' Motion to Permit Filing of Amended Motion for Summary Judgment and Allow Over-Length Brief is GRANTED.

2. The Court grants Du Wors relief from the deadlines in the case scheduling order by accepting the amended motion for summary judgment and moving the hearing date of the summary judgment motion to November 21, 2014.

3. The Court grants Defendant Du Wors motion to file a one-page over-length brief.

ENTERED this \_\_\_ day of _____ 2014.

_____
Hon. Ricardo S. Martinez
U.S. District Court Judge

ORDER GRANTING DEFENDANTS' MOTION TO PERMIT FILING OF AMENDED MOTION FOR SUMMARY JUDGMENT AND ALLOW OVER-LENGTH BRIEF - 2
13-CV-675RSM
5710616.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944