Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>Plaintiff,<br><br>v.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>Defendants. | Case Number: 13-CV-675RSM<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT AND OVER-LENGTH BRIEF** |

THIS MATTER having come on for determination upon Motion of defendant John Du Wors for leave to file amended motion for summary judgment and over-length brief, and the Court having reviewed the records and files herein, including the following documents:

1. Motion for Leave of defendant;

2. Opposition filed by plaintiff;

3. Reply of plaintiff;

4. _____

---

**PROPOSED ORDER** — 1
PHILLIPS v. DU WORS, NEWMAN, LINKE

**LAW OFFICE OF REED YURCHAK**
4o Lake Bellevue Dr. #100
Bellevue, WA 98005
TEL: 425-941-6659; FAX: 425-654-1205

_____.

**ORDER**

It is therefore ORDERED, JUDGED AND DECREED:

[ ]  that defendant John Du Wors' motion for leave to file amended summary judgment and over-length brief is DENIED;

[ ] _____

_____.

DONE IN OPEN COURT this _____ day of _____, 2014.

_____
JUDGE OF THE SUPERIOR COURT

Approved as to form:

*/s/ Reed Yurchak*_____
Reed Yurchak, WSBA #37366
Law Office of Reed Yurchak
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
Tel: 425-941-6659
Fax: 425-654-1205
Email: yurchaklaw@gmail.com
Attorney for Plaintiff

---

**PROPOSED ORDER** — 2
PHILLIPS v. DU WORS, NEWMAN, LINKE

**LAW OFFICE OF REED YURCHAK**
4o Lake Bellevue Dr. #100
Bellevue, WA 98005
TEL: 425-941-6659; FAX: 425-654-1205