HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNTS POINT VENTURES, INC; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4;<br><br>    Defendants. | **Case Number: 2:13-cv-00675-RSM**<br><br>**DECLARATION OF REED YURCHAK IN OPPOSITION TO DEFENDANT DU WORS' MOTION FOR SUMMARY JUDGEMENT**<br><br>**NOTED FOR HEARING: NOVEMBER 7, 2014** |

I, REED YURCHAK, hereby declare as follows:

I am an attorney duly licensed to practice before this honorable court and am one of the attorneys of record for plaintiff Jennifer Schweickert in the above-entitled matter and have personal knowledge of the following facts and if called as a witness would competently testify hereto.

---

**DECLARATION OF REED YURCHAK** — 1
SCHWEICKERT V. DU WORS ET AL.

**LAW OFFICE OF REED YURCHAK**
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205

1. Attached hereto as Exhibit "A" for the court's convenience is a true and correct copy of the declaration of Stephen James Schweickert, without the attached Exhibits.

2. Attached hereto as Exhibit "B" for the court's convenience is a true and correct copy of the declaration of Doug Lower, without the attached Exhibits.

3. Attached hereto as Exhibit "C" is a true and correct copy of the deposition of Jennifer Schweickert, volumes 1 and 2.

4. Attached hereto as Exhibit "D" is a true and correct copy of the deposition of John Du Wors, from both the instant case (two volumes), and from Phillips v. Du Wors, et al. (one volume).  I attach the full depositions for the court's convenience, but have cited to specific pages in the depositions herein.

5. Attached hereto as Exhibit "E" is a true and correct copy of the excerpts from the deposition of Elizabeth Rudkin.

6. Attached hereto as Exhibit "F" is a true and correct copy of the excerpts from the deposition of Chad Rudkin.

7. Attached hereto as Exhibit "G" is a true and correct copy of Defendant Du Wors' Responses to Interrogatories.

8. Attached hereto as Exhibit "H" is a true and correct copy of Defendant Du Wors' Response to Notice to Produce, with a copy of the "IP Sales Agreement" referred to herein.

9. Attached hereto as Exhibit "I" is a true and correct copy of the Notice of Shareholder Meeting sent to Plaintiff and referred to herein.

10. Attached hereto as Exhibit "J" are true and correct copies of the "Notes for HPV" prepared by Elizabeth Rudkin.

**DECLARATION OF REED YURCHAK** — 2
SCHWEICKERT V. DU WORS ET AL.

**LAW OFFICE OF REED YURCHAK**
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205

11. Attached hereto as Exhibit "K" are true and correct copies of the billing records from Newman & Du Wors referred to herein.

12. Attached hereto as Exhibit "L" are true and correct copy of a memo by Michael Spain of Newman & Du Wors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of November, 2014, at Bellevue, Washington.

By: */s/ Reed Yurchak*
Reed Yurchak, WSBA #37366
Law Office of Reed Yurchak
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
Tel: 425-890-3883
Fax: 425-654-1205
Email: yurchaklaw@gmail.com
Attorney for Plaintiff

---

DECLARATION OF REED YURCHAK — 3
SCHWEICKERT V. DU WORS ET AL.

LAW OFFICE OF REED YURCHAK
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205