EXHIBIT "I"

## Notice of Annual Meeting of Shareholders

## OF

## Hunts Point Ventures, Inc.

Pursuant to the By-Laws of the Corporation, and annual meeting of the Shareholders of Hunts Point Ventures, Inc, a Washington corporation is called for the 27th day of August, 2012, at 2:00 PM to be held at the following address:

> Newman Du Wors, LLP
> 1201 Third Ave Suite 1600
> Seattle, WA 98191

The purpose of the meeting is to conduct both annual and special business of the shareholders of the corporation, including:

(1) Election of Directors

(2) Reporting on corporate finance and status of outstanding litigation

(3) Discussion of the debt and/or equity interests of Joyce Schweickert, Jennifer Schweickert and Sandy Hoover

(4) Discussion of Mark Phillips' approaching date of release from federal prison

(5) Discussion of Joyce Schweickert's Subpoena Duces Tecum to Hunts Point Ventures' law firm, Newman Du Wors, LLP

Although the legal status of their debt and/or equity interests are or may be unsettled, Joyce Schweickert, Jennifer Schweickert and Sandy Hoover are invited to attend and participate in the Shareholder Meeting, along with legal counsel of their choice if desired. Any shareholder wishing to proxy the voting of their shares to another attendee must provide Newman Du Wors, LLP with notice of that proxy at least three (3) business days prior to the Shareholder Meeting.

This notice is given on this the 6th day of August 2012, by the Secretary of the Corporation at the direction of the Board Of Directors, by mailing a true and correct copy of this Notice to the address of each shareholder on the records of the Corporation at least 10 days prior to such meeting.

/s/ Elizabeth Rudkin
Elizabeth Rudkin, Secretary
Hunts Point Ventures, Inc.

**Hunts Point Ventures, Inc.**
**Notice of Annual Shareholders Meeting**

## Notice of Annual Meeting of Shareholders

## OF

## Hunts Point Ventures, Inc.

Pursuant to the By-Laws of the Corporation, and annual meeting of the Shareholders of Hunts Point Ventures, Inc, a Washington corporation is called for the 27th day of August, 2012, at 2:00 PM to be held at the following address:

> Newman Du Wors, LLP
> 1201 Third Ave Suite 1600
> Seattle, WA 98191

The purpose of the meeting is to conduct both annual and special business of the shareholders of the corporation, including:

(1) Election of Directors

(2) Reporting on corporate finance and status of outstanding litigation

(3) Discussion of the debt and/or equity interests of Joyce Schweickert, Jennifer Schweickert and Sandy Hoover

(4) Discussion of Mark Phillips' approaching date of release from federal prison

(5) Discussion of Joyce Schweickert's Subpoena Duces Tecum to Hunts Point Ventures' law firm, Newman Du Wors, LLP

Although the legal status of their debt and/or equity interests are or may be unsettled, Joyce Schweickert, Jennifer Schweickert and Sandy Hoover are invited to attend and participate in the Shareholder Meeting, along with legal counsel of their choice if desired. Any shareholder wishing to proxy the voting of their shares to another attendee must provide Newman Du Wors, LLP with notice of that proxy at least three (3) business days prior to the Shareholder Meeting.

This notice is given on this the 6th day of August 2012, by the Secretary of the Corporation at the direction of the Board Of Directors, by mailing a true and correct copy of this Notice to the address of each shareholder on the records of the Corporation at least 10 days prior to such meeting.

/s/ Elizabeth Rudkin
Elizabeth Rudkin, Secretary
Hunts Point Ventures, Inc.