EXHIBIT "K"



As of:   Jun 17, 2011

Hunts Point Ventures, Inc.
Attn: Steve Schweickert
3644 Hunts Point Rd.
Bellevue, WA 98004

## REMINDER NOTICE

**Client #1669**

Our records show that your account with our firm is now reflecting a past due balance and that you have previously been notified of this past due balance. Pursuant to our agreement with you, a late fee of 1.5% of the principal amount is charged to your account if the balance is not paid when due. Here is the list of invoices still outstanding. We ask that you kindly remit payment which is over 60 days past due.

| Bill Date | Inv # | Billed | Payments Received | Interest | Due | Aging | |
|---|---|---|---|---|---|---|---|
| Mar -14-11 | 11071 | 885.00 | 0.00 | $28.37 | 913.37 | <=120 | days |
| Apr -18-11 | 11140 | 1,037.46 | 0.00 | $15.35 | 1,052.81 | <=90 | days |
| May -12-11 | 11231 | 1,683.68 | 0.00 | $4.98 | 1,688.66 | <=60 | days |
| Jun -17-11 | 11294 | 7,237.80 | 0.00 | $0.00 | 7,237.80 | <=30 | days |
| Totals | | $10,843.94 | $0.00 | $48.70 | $10,892.64 | | |

**Balance Due and Owing**                                              $10,892.64

### NOTE: IF YOU HAVE ALREADY SENT YOUR PAYMENT,
### PLEASE DISREGARD THIS NOTICE.
### THANK YOU!

1201 3rd Ave. Ste. 1600      P (206) 274-2800
Seattle, WA 98101            F (206) 274-2801
www.newmanlaw.com



Invoice Date: June 17, 2011
Inv No.: 11294

Hunts Point Ventures, Inc.
Attn: Steve Schweickert
3644 Hunts Point Rd.
Bellevue, WA 98004

Client Name :   **Hunts Point Ventures, Inc.**
Client #:       **1669**

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:   May 31/11

| | |
|---|---|
| Legal Fees | $6,483.00 |
| Disbursements | $754.80 |
| **TOTAL THIS INVOICE** | **$7,237.80** |
| PREVIOUS BALANCE | $3,606.14 |
| **TOTAL NOW DUE** | **$10,843.94** |

**Please reference your client number   1669   and invoice number   11294
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.
**TAX ID#** 91-1979158

1201 3rd Ave. Ste. 1600      P (206) 274-2800
Seattle, WA 98101            F (206) 274-2801
www.newmanlaw.com

| MATTER: | 1669-0002 | | |
|---|---|---|---|
| RE: | **Hunts Point Ventures/Corporate/TRANS** | | |
| DATE | DESCRIPTION | HOURS | LAWYER |
| May-23-11 | Meeting with Steve Schweickert re Hunts Point business. | 2.20 | JD |

| | Total Fees For This Matter Only: | Hours | 2.20 | |
|---|---|---|---|---|
| | | Fees | $693.00 | |

| MATTER: | 1669-0001 | | |
|---|---|---|---|
| RE: | **Hunts Point/General/TRANS** | | |
| DATE | DESCRIPTION | HOURS | LAWYER |
| May-16-11 | Review email correspondence from Steve re Doug's demand; Teleconference with Steve; Review correspondence from Steve on scope of analysis; Draft brief analytic response to Steve. | 0.60 | JD |
| | Correspond with Steve Schweickert re purchase of Doug's shares; Teleconferences with Doug and Chad. | 0.80 | JD |
| May-18-11 | Corresponding with Derek Debakker and Kit Roth regarding final documents to be signed in association with settlement closing; Teleconference with Kit Roth; execute final documents; Teleconference with Doug Lower; Meeting with Roth to modify date modification on assignment agreement. | 1.90 | JD |
| May-19-11 | Teleconference with Steve re Doug; Leave voicemail for Doug; Message Doug; Corresponding with Steve by email re new patent form to sign relating to settlement; Review patent docket to confirm the appropriateness of transferring the '631 provisional application; Draft correspondence to Kit Roth re '631 application; Corresponding further with Kit Roth and Anthony Bay regarding patent assignment and Acknolwedgement form. | 1.90 | JD |
| May-20-11 | Conference with J. Du Wors; research status of assigned patents and applications; travel to FDC to meet with M. Phillips and get necessary signature; communications with S. Schweickert re signature and status of assignments. | 4.20 | DL |
| | Teleconference with Doug re his plans for proceeding and concerns about management; Teleconference with Derek Linke regarding instructions for obtaining Mark's signature at FDC. | 1.60 | JD |
| May-24-11 | Review correspondence from Web Barth re meeting with Doug; Teleconference with Web Barth re Doug's subscription agreement; Meeting with Doug Lower re separation; Teleconference with Doug Lower re Jennifer's concerns; Teleconference with Steve re setting up conference call; Teleconference with Steve and Chad re meeting with Dough and strategy for moving forward. | 2.40 | JD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| May-31-11 | Meet with S. Schweickert and C. Rudkin re multiple HPV issues (no billing for time spent discussing contingency patent infringement case); correspondence with B. Bergstrom re patent revivals. | 3.10 | DL |
| | Meeting with Steve and Chad re assorted business; Teleconference with Peter Mair. | 3.00 | JD |

| Total Fees For This Matter Only: | | Hours | 19.50 |
|---|---|---|---|
| | | Fees | $5,790.00 |

| Total Fees For All Matters | | Total Hours | 21.70 |
|---|---|---|---|
| | | Total Fees | $6,483.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 7.30 | $270.00 |
| John Du Wors | 14.40 | $315.00 |

# DISBURSEMENTS

**MATTER:** 1669-0002
**RE:** **Hunts Point Ventures/Corporate/TRANS**

| Date | Description | Amount |
|---|---|---|
| May-02-11 | Western District of Wisconsin - filing fee | 350.00 |

| Total Disbursements For This Matter Only: | $350.00 |
|---|---|

**MATTER:** 1669-0003
**RE:** **Hunts Point Ventures/Patents/PAT**

| Date | Description | Amount |
|---|---|---|
| Apr-13-11 | USPTO - App# 09/975,736 - Patent - Recording each patent assignment, agreement or other paper, per property - MAPPING INTERFACE FUNCTIONALITY | 40.00 |
| | USPTO - App#09/975,748 Patent - Recording each patent assignment, agreement or other paper, per property - MUSICAL PLAYLIST SELECTION | 40.00 |
| | USPTO - Patent# 7,667,123 - Patent - Recording each patent assignment, agreement or other paper, per property - MUSCIAL PLAYLIST SELECTION | 40.00 |
| | USPTO - Patent#7,574,272 Patent - Recording each patent assignment, agreement or other paper, per property - DATA TRANSFER OPTIMIZATION | 40.00 |

| | |
|---|---:|
| USPTO - App# 09/975,749 - Recording each patent assignment, agreement or other paper, per property - DATA TRANSFER OPTIMIZATION | 40.00 |
| USPTO - Patent# 10/039,906 - Patent - Recording each patent assignment, agreement or other paper, per property - PLAYLIST COMPLETION | 40.00 |
| USPTO - App#11/679,338 - Patent - Recording each patent assignment, agreement or other paper, per property - TRANSACTIONAL SERVICES ASSOCIATED WITH MOBILE DEVICES | 40.00 |
| USPTO - App#11/683,765 - Patent - Recording each patent assignment, agreement or other paper, per property - PARTIAL PUBLICATION AND INVENTORY MAINTENANCE OF MEDIA OBJECTS IN A REGION | 40.00 |
| USPTO - App#11/725,181 - Patent - Recording each patent assignment, agreement or other paper, per property - VALUE TRANSFER BETWEEN MOBILE-PHONE USERS | 40.00 |
| USPTO - App#11/974,918 - Patent - Recording each patent assignment, agreement or other paper, per property - EFFICIENT AND DYNAMICALLY ADAPTABLE DIGITALLY-ENCODED-INFORMATION DISTRIBUTION | 40.00 |
| Total Disbursements For This Matter Only: | $400.00 |

**MATTER:** 1669-0001

**RE:** **Hunts Point/General/TRANS**

| | |
|---|---:|
| Photocopies at $.15 per copy | 4.80 |
| Total Disbursements For This Matter Only: | $4.80 |

| | |
|---|---:|
| Total Disbursements For All Matters | $754.80 |
| **Total Fees & Disbursements This Invoice** | **$7,237.80** |