EXHIBIT "L"

MEETING WITH STEVE SCHWEIKERT

1:40 pm

02.04.11

Steve wants to become the sole shareholder of Hunts Point Ventures, Inc. (HPV), an S Corp. Joyce, his life partner, is the only other shareholder in this and she is agreeable. Steve will obtain HPV formation documents from his former firm.

He also wants to form LLCs for operating companies to exploit HPV patents.

**JD023862.docx Properties**

| General | **Summary** | Statistics | Contents | Custom |

- Title:
- Subject:
- Author: Michael Spain
- Manager:
- Company: Microsoft
- Category:
- Keywords:
- Comments:
- Hyperlink base:
- Template: Normal.dotm

☐ Save preview picture with this document

[ Cancel ]  [ **OK** ]