Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>Plaintiff,<br><br>v.<br><br>HUNTS POINT VENTURES, INC; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4;<br><br>Defendants. | Case Number: 13-cv-00675 RSM<br><br>NOTICE OF ERRATA REGARDING DECLARATION OF REED YURCHAK'S EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DU WOR'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE FOR MOTION CALENDAR:<br>November 7, 2014 |

Plaintiff, Jennifer Schweickert, files this Errata to correct corrupted exhibits E and F that were rejected by ECF due to formatting reasons and which were unable to be filed with the Declaration of Reed Yurchak (Dkt. #90). The Declaration of Reed Yurchak (Dkt. #90) was missing Exhibit E, Deposition of Elizabeth Rudkin and Exhibit F, Deposition of Chad Rudkin. This Errata now includes Exhibit E and Exhibit F to the Declaration of Reed Yurchak (Dkt. #90).

NOTICE OF ERRATA — 1
SCHWEICKERT v. HPV, HPVG, RUDKINS, DU WORS ET AL.

LAW OFFICE OF REED YURCHAK
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205

Dated this 3rd day of November, 2014

**LAW OFFICE OF REED YURCHAK**

By:*/s/ Reed Yurchak*_____
    REED YURCHAK, WSBA No. 37366
    Law Office of Reed Yurchak
    40 Lake Bellevue Dr. #100
    Bellevue, WA 98005
    Tel: 425-890-3883
    Fax: 425-654-1205
    Email: yurchaklaw@gmail.com
    Attorney for Plaintiff

NOTICE OF ERRATA — 2
SCHWEICKERT v. HPV, HPVG, RUDKINS, DU WORS ET AL.

LAW OFFICE OF REED YURCHAK
40 Lake Bellevue Dr. #100
Bellevue, WA 98005
TELE: 425-890-3883; FAX: 425-654-1205