The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS; and DOES 104;<br><br>    Defendants. | No.: 13-cv-00675 RSM<br><br>**[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT** |

THIS MATTER came before the Court on the Court's December 4, 2014 Order on Motions which allowed Joyce Schweickert to make a request for attorney fees and costs in the captioned matter, the Court having considered the Declaration of T. Jeffrey Keane in Support of Order Awarding Attorney's Fees and Costs to Joyce Schweickert, it is hereby

ORDERED that Joyce Schweickert is awarded $_____ in attorney's fees and costs, and it is further

ORDERED that defendant John DuWors will pay to the Keane Law Offices said attorney's fees and costs award within 7 business days of the entry of this Order.

Dated this ___ day of _____, 2014.

---

[PROPOSED] ORDER AWARDING ATTORNEY'S
FEES AND COSTS TO JOYCE SCHWEICKERT - 1
13-cv-00675 RSM

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540

1

_____
Honorable Ricardo S. Martinez

2

3

4  PRESENTED BY:

KEANE LAW OFFICES

5

6  By: */s/ T. Jeffrey Keane*_____
      T. Jeffrey Keane, WSBA #8465

7  Keane Law Offices
   100 NE Northlake Way, Suite 200

8  Seattle, WA 98105
   Phone: 206/438-3737

9  Fax:    206/632-2540
   tjk@tjkeanelaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER AWARDING ATTORNEY'S
FEES AND COSTS TO JOYCE SCHWEICKERT - 2
13-cv-00675 RSM

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington  98105
206-438-3737 • Facsimile 206-632-2540