Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS and AMBER DU WORS, and their marital community comprised thereof; and DOES 1-4,<br><br>    Defendants. | No. 13-CV-675RSM<br><br>NOTICE OF OBJECTION TO DECLARATION OF T. JEFFREY KEANE IN SUPPORT OF ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT AND THE PROPOSED ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT |

Please take notice of the following objection to the Declaration of T. Jeffrey Keane in Support of Order Awarding Attorney's Fees and Costs to Joyce Schweickert, and the Proposed Order Awarding Attorney's Fees and Costs to Joyce Schweickert.

## I. Objection

On December 4, 2014, this Court issued an Order on Motions. Dkt. 93. In the order, Judge Martinez ruled:

> (7) Motions to Quash by Plaintiff and by Joyce Schweickert and Jeffrey Keane (Dkt. ## 63, 67) are GRANTED. The Court QUASHES the subpoenas issued

NOTICE OF OBJECTION TO DECLARATION OF T. JEFFREY KEANE IN SUPPORT OF ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT AND THE PROPOSED ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT - 1
13-CV-675RSM
5723233.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

by counsel for Defendant Du Wors to Apple and Google. **Plaintiff shall be awarded her attorney fees and costs in the amount of $1200 for time incurred opposing the unduly burdensome and unwarranted subpoenas. The Court finds that a similar award is appropriate for the time that counsel for Joyce Schweickert and Jeffrey Keane incurred in opposing the subpoenas.** Counsel shall file and serve a fee application within ten (10) days of the entry of this Order if he wishes to pursue such an award.

Dkt. 93, pg. 22. (Emphasis added).

Judge Martinez specifically stated that a similar award in the amount of $1200 dollars was appropriate for the time that counsel for Joyce Schweickert and Jeffrey Keane incurred in opposing the subpoenas. *Id.*

On December 11, 2014, T. Jeffrey Keane filed a declaration in support of an order awarding attorney's fees and costs to Joyce Schweickert for opposing the Apple and Google Subpoenas asking this Court for the exorbitant amount of $6,082.75, a completely unreasonable request in light of the Court Order on this issue. See Dkt. 94. Further, besides Mr. Keane's own personal opinion, he failed to provide support as to why his fees were reasonable.

Defendant Du Wors objects to Mr. Keane request for $6,082.75 dollars in fees, and asks that this Court comply with its original order on this matter awarding fees in no more than $1200.

DATED this 12th day of December, 2014.

LEE SMART, P.S., INC.

By: s/Sam B. Franklin

NOTICE OF OBJECTION TO DECLARATION OF T. JEFFREY KEANE IN SUPPORT OF ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT AND THE PROPOSED ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT - 2
13-CV-675RSM
5723233.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Sam B. Franklin, WSBA 1903
Pamela J. DeVet, WSBA 32882
Attorneys for Defendants Du Wors

Lee Smart, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
Telephone 206-624-7990
Fax 206-624-5944
sbf@leesmart.com
pjd@leesmart.com

NOTICE OF OBJECTION TO DECLARATION OF T. JEFFREY KEANE IN SUPPORT OF ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT AND THE PROPOSED ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT - 3
13-CV-675RSM
5723233.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Mr. Reed Yurchak
Law Office of Reed Yurchak
40 Lake Bellevue Drive, Suite 100
Bellevue, WA  98005
yurchaklaw@gmail.com

Mr. Mark D. Kimball
Law Office of Mark Douglas Kimball, P.S.
10900 Northeast Fourth Street, Suite 2030
Bellevue, WA  98004
mark@mdklaw.com

Mr. Joel B. Ard
Foster Pepper, LLC
1111 Third Avenue, Suite 3400
Seattle, WA  98101
ardjb@foster.com

Mr. T. Jeffrey Keane
Keane Law Offices
100 NE Northlake Way, Ste. 200
Seattle, WA  98105
tjk@tjkeanelaw.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 12th day of December, 2014, at Seattle, Washington.

_____
Kimberly J. Paul, Legal Assistant

NOTICE OF OBJECTION TO DECLARATION OF T. JEFFREY KEANE IN SUPPORT OF ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT AND THE PROPOSED ORDER AWARDING ATTORNEY'S FEES AND COSTS TO JOYCE SCHWEICKERT - 4
13-CV-675RSM
5723233.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990  ·  Toll Free 877.624.7990  ·  Fax 206.624.5944