JUDGE RICARDO S MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>Plaintiff,<br><br>v.<br><br>HUNTS POINT VENTURES, INC; HUNTS POINT VENTURE GROUP, LLC; CHAD RUDKIN and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS; and DOES 1-4;<br><br>Defendants. | Case Number: 2:13-cv-00675-RSM<br><br>**NOTICE OF MEDIATION** |

Plaintiff, through counsel, hereby gives the Court notice that on December 15, 2014 the parties to this action conducted mediation with Hon. Charles S. Burdell, Jr. (Ret.) at Judicial Dispute Resolution, LLC in Seattle, Washington.  Although a settlement was not reached, the parties have agreed to continue talks beyond December 15, 2014 with Judge Burdell's assistance.

NOTICE OF MEDIATION  - 1 -

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

1  DATED this 5th day of September, 2014

2                                          /s/ Brandon Wayman
                                           BRANDON P. WAYMAN WSBA # 42441
3                                          MDK Law
                                           777 108th Ave NE, Suite 2170
4                                          Bellevue, WA 98004
                                           (425)455-9610
5                                          (425)455-1170 (Fax)
                                           bwayman@mdklaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF MEDIATION  - 2 -