UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER P. SCHWEICKERT,<br><br>           Plaintiff,<br><br>    v.<br><br>HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; JOHN DU WORS; and DOES 1-4,<br><br>           Defendants | Case No. 13-cv-675RSM<br><br>CASCADE CAPITAL GROUP, LLC'S RESPONSE TO ORDER TO SHOW CAUSE |

The Receiver Cascade Capital Group, LLC (the "Receiver") of Hunts Point Ventures, Inc. ("HPV Inc."), submits this Response to the Court's Order to Show Cause (ECF No. 99), which ordered Defendants Hunts Point Ventures Inc., and Hunts Point Venture Group, LLC to show cause why default should not be entered against them on account of their lack of representation. The Receiver does not oppose the entry of a default order.

Hunts Point Venture Group, LLC has been an inactive corporation since July 1, 2013, and to the best of the Receiver's knowledge, never had any assets. HPV Inc. is an insolvent corporation that was placed into receivership in late 2013 pursuant to the provisions of RCW 7.08 and RCW 7.60. The Receiver has solicited claims from HPV Inc. creditors under RCW 7.60.200. Jennifer Schweickert submitted an unsecured claim in the principal amount of

CASCADE CAPITAL GROUP, LLC'S
RESPONSE TO ORDER TO SHOW CAUSE
#960180 v1 / 45608-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

$200,000 with interest and other fees totaling $393,540. The promissory note that is the subject of the instant litigation is the principal basis for her claim. To date, there have been no objections to Ms. Schweickert's claim in the receivership action. Should HPV Inc. have sufficient funds to make a distribution to unsecured creditors, Ms. Schweickert would receive her pro-rata share pursuant to RCW 7.60.230. The entry of a default order against HPV Inc. would largely duplicate the claim already submitted by Ms. Schweickert. A judgment from another court, upon being filed in the general receivership, is treated as an allowed claim; however, it is not a lien on property or funds of the receivership, nor shall any execution issue thereon. RCW 7.60.160(7). Given these facts, the Receiver did not wish to expend scarce resources in defending the present litigation, when it would have little impact on the receivership action. For these reasons, the Receiver does not oppose the entry of a default order in this matter.

DATED this 31st day of December, 20__

*S. Lakinski*

Diana K. Carey, WSBA #16239
Stephanie R. Lakinski, WSBA #46391
Of Karr Tuttle Campbell
Attorneys for Cascade Capital Group, LLC

CASCADE CAPITAL GROUP, LLC'S
RESPONSE TO ORDER TO SHOW CAUSE
#960180 v1 / 45608-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## **DECLARATION OF SERVICE**

I Marti J. Munhall, hereby declare that I am an employee of Karr Tuttle Campbell and that I served the foregoing CASCADE CAPITAL GROUP, LLC'S RESPONSE TO ORDER TO SHOW CAUSE, to all parties who receive information/documentation via CM/ECF.

Dated: December 31, 2014

By: /s/ Marti J. Munhall
Marti J. Munhall

CASCADE CAPITAL GROUP, LLC'S
RESPONSE TO ORDER TO SHOW CAUSE
#960180 v1 / 45608-002

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100