UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JENNIFER P. SCHWEICKERT,

                      Plaintiff,

    v.

HUNTS POINT VENTURES, INC.; HUNTS POINT VENTURE GROUP, LLC; CHAD and ELIZABETH RUDKIN, and their marital community comprised thereof; JOHN DU WORS; and DOES 1-4,

                      Defendants.

Case No. 13-cv-675RSM

ORDER ENTERING DEFAULT AND STRIKING TRIAL DATE

       This matter comes before the Court pursuant to its Order to Show Cause (Dkt. # 99) and the Response thereto by Receiver Cascade Capital Group, LLC (the "Receiver") of Defendant Hunts Point Ventures, Inc. ("HPV") (Dkt. # 100). On December 19, 2014, this Court entered an Order directing Defendant business entities HPV and Hunts Point Venture Group, LLC ("HPVG") to show cause within fourteen days why default should not be entered against them in accordance with Local Civil Rule 83.2(b)(3) on account of their longstanding lack of representation by counsel. *See* Dkt. # 100, pp. 3-4. The Receiver filed a timely Response indicating that it does not oppose the entry of a default order in this matter, as judgment from this Court would have limited impact on the receivership action involving HPV. *See* Dkt. # 99. No further response has been filed by either Defendant within the time allotted by the Court's show cause order.

ORDER GRANTING DEFAULT AND STRIKING TRIAL DATE- 1

Accordingly, pursuant to LCR 83.2(b)(3) and on account of their lack of representation and failure to object to this Court's Order to Show Cause, the Court hereby ORDERS that DEFAULT is entered against Defendants Hunts Point Ventures, Inc. and Hunts Point Venture Group, LLC. Plaintiff is DIRECTED to file a Motion for Default Judgment against defaulting Defendants within <u>fourteen (14) days</u> of the entry of this Order with supporting documentation in accordance with LCR 55(b).

As all Defendants to this action have either been dismissed or are in default, the Court further ORDERS that the pending trial date in this action is STRICKEN (Dkt. # 24).

DATED this 6 day of January 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFAULT AND STRIKING TRIAL DATE- 2